**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

In re Endo Surgical Center of North Jersey          Case No.: 18-10753-VFP
                                                    Reporting Period: September 1, 2018 – September 30, 2018

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | N/A | | |
| Copies of tax returns filed during reporting period | | N/A | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | N/A | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | N/A | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                       Date


_____          _____
Signature of Joint Debtor                 Date

                                              12/13/18
_____          _____
Signature of Authorized Individual*       Date


_____          _____
Printed Name of Authorized Individual     Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re Endo Surgical Center of North Jersey
        Debtor

Case No.: 18-10753-VFP
Reporting Period: September 1, 2018 - September 30, 2018

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Valley | BOA | | | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 1,292 | 14,433 | | | 15,725 | | 8,195 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | 3,968 | 11,850 | | | 15,818 | | 369,407 | |
| ACCOUNTS RECEIVABLE | | | | | - | | - | |
| LOANS AND ADVANCES | | | | | - | | - | |
| SALE OF ASSETS | | | | | - | | - | |
| OTHER (ATTACH LIST) | - | - | | | - | | 202,950 | |
| TRANSFERS (FROM DIP ACCTS) | | | | | - | | 62,649 | |
| TRANSFERS (FROM CO-DEBTORS) | | 4,500 | | | 4,500 | | 37,100 | |
| TOTAL RECEIPTS | 3,968 | 16,350 | - | - | 20,318 | | 672,107 | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | 1,788 | | | 1,788 | | 35,456 | |
| PAYROLL TAXES | - | | | | - | | 7,586 | |
| SALES, USE, & OTHER TAXES | | | | | - | | 25,502 | |
| INVENTORY PURCHASES | | | | | - | | - | |
| SECURED/ RENTAL/ LEASES | | - | | | - | | 85,717 | |
| INSURANCE | 1,500 | 1,090 | | | 2,590 | | 44,882 | |
| ADMINISTRATIVE | | 20 | | | 20 | | 41 | |
| SELLING | | | | | | | - | |
| OTHER (ATTACH LIST) | 3,050 | 19,518 | | | 22,568 | | 282,294 | |
| OWNER DRAW * | - | - | | | - | | 82,928 | |
| TRANSFERS (TO DIP ACCTS) | - | - | | | - | | 62,649 | |
| TRANSFERS (TO CO-DEBTORS) | - | 2,000 | | | 2,000 | | 33,600 | |
| PROFESSIONAL FEES | - | 6,501 | | | 6,501 | | 15,501 | |
| U.S. TRUSTEE QUARTERLY FEES | - | - | | | - | | 2,927 | |
| COURT COSTS | | | | | | | 642 | |
| TOTAL DISBURSEMENTS | 4,550 | 30,916 | - | - | 35,466 | | 679,724 | |
| NET CASH FLOW | (582) | (14,566) | - | - | (15,148) | | (7,618) | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | 710 | (133) | - | - | 577 | | 577 | |

\* Distributions made to or on behalf of Debtor's Principal, which offset his capital contributions

### THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
| --- | --- |
| TOTAL DISBURSEMENTS | 35,466 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| LESS: TRANSFERS TO CO-DEBTORS - WILLIAM FOCAZIO MD, PA (CASE #18-10752 VFP) | 2,000 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 33,466 |

FORM MOR-1
(04/07)

In re Endo Surgical Center of North Jersey

Case No.: 18-10753-VFP
Reporting Period: September 1, 2018 - September 30, 2018

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER CATEGORY" | A/C # 3390 Valley | A/C # 3015 BOA | | | CURRENT MONTH ACTUAL | CURRENT BUDGET | CUMULATIVE FILING TO DATE (ACTUAL) | CUMULATIVE FILING TO DATE (PROJECTED) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| **OTHER RECEIPTS** | | | | | | | | |
| Interest | | | | | - | - | - | - |
| Shareholder Capital Contributions | | | | | - | | 202,950 | |
| | | | | | | | | |
| Total Other Receipts | - | - | - | - | - | - | 202,950 | |
| **OTHER DISBURSEMENTS** | | | | | | | | |
| Contract Labor | - | 7,587 | - | - | 7,587 | | 155,561 | - |
| Payroll Processing Fees | | 181 | | - | 181 | | 643 | - |
| Auto | | 292 | - | - | 292 | | 8,657 | - |
| Computer & Internet | 500 | 109 | | - | 609 | | 2,405 | |
| Repairs and Maintenance | - | 1,263 | - | - | 1,263 | | 35,116 | - |
| Uniforms and Supplies | - | 5,657 | - | - | 5,657 | | 55,256 | - |
| Bank Fees/ other | 50 | 70 | - | - | 120 | | 304 | - |
| Consulting | | - | - | | - | | 3,195 | - |
| Continuing Education | | - | - | | - | | 480 | |
| Employee Benefits Programs | | - | | | - | | - | - |
| Business Licenses and Permits | | 3,170 | - | | 3,170 | | 7,412 | - |
| Small Medical Equipment | | - | | - | - | | 160 | - |
| Telephone | | - | | | - | | - | - |
| Utilities | 2,500 | 1,189 | | - | 3,689 | | 10,104 | - |
| Advertising & Commissions | | - | | | - | | - | - |
| Meals and Entertainment | | - | | - | - | | 3,001 | - |
| | | | | | | | | |
| Total Other Disbursements | 3,050 | 19,518 | - | - | 22,568 | - | 282,294 | - |

In re Endo Surgical Center of North Jersey
Debtor

Case No.: 18-10753-VFP
Reporting Period: September 1, 2018 - September 30, 2018

**BANK RECONCILIATIONS**
Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Valley | Bank of America | | | | | |
|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | # 3390 | # 3015 | | | | | |
| | | | | | | | |
| **BANK BALANCE** | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | |
| balance per books | | | | | | | |

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

SEE ATTACHED

10:46 AM
12/13/18

# The Endo Surgical Center of North Jersey, Inc. II
## Reconciliation Detail
### Valley National Bank, Period Ending 09/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,292.22 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Check | 09/04/2018 | | Positive Physician I... | X | -1,500.00 | -1,500.00 |
| Check | 09/17/2018 | 13863 | CASH | X | -500.00 | -2,000.00 |
| Check | 09/20/2018 | | VNB Bank Charges | X | -25.00 | -2,025.00 |
| Check | 09/21/2018 | | PSE&G | X | -2,500.00 | -4,525.00 |
| Check | 09/28/2018 | | VNB Bank Charges | X | -25.00 | -4,550.00 |
| **Total Checks and Payments** | | | | | -4,550.00 | -4,550.00 |
| | | | | | | |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 09/04/2018 | | | X | 500.00 | 500.00 |
| Deposit | 09/07/2018 | | | X | 363.04 | 863.04 |
| Deposit | 09/12/2018 | | | X | 639.09 | 1,502.13 |
| Deposit | 09/12/2018 | | | X | 1,966.03 | 3,468.16 |
| Deposit | 09/21/2018 | | | X | 500.00 | 3,968.16 |
| **Total Deposits and Credits** | | | | | 3,968.16 | 3,968.16 |
| | | | | | | |
| **Total Cleared Transactions** | | | | | -581.84 | -581.84 |
| | | | | | | |
| **Cleared Balance** | | | | | -581.84 | 710.38 |
| | | | | | | |
| Register Balance as of 09/30/2018 | | | | | -581.84 | 710.38 |
| | | | | | | |
| **Ending Balance** | | | | | -581.84 | 710.38 |

# The Endo Surgical Center of North Jersey, Inc.
## Reconciliation Detail
### Bank of America, Period Ending 09/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 43,654.13 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 64 items** | | | | | | |
| Check | 06/13/2018 | 1812 | Jesus Lopez | √ | -600.00 | -600.00 |
| Check | 06/13/2018 | 1808 | Barbara Armstrong | √ | -195.70 | -795.70 |
| Check | 07/30/2018 | 1843 | AmMed Solutions | √ | -2,000.00 | -2,795.70 |
| Check | 07/30/2018 | 1849 | Czerisnelle Vituy | √ | -333.33 | -3,129.03 |
| Check | 08/13/2018 | 5018 | Alina Czerkis | √ | -2,000.74 | -5,129.77 |
| Check | 08/13/2018 | 5019 | Ellen Tummillo | √ | -1,111.83 | -6,241.60 |
| Check | 08/13/2018 | 1870 | CASH | √ | -1,000.00 | -7,241.60 |
| Check | 08/23/2018 | 1874 | Colleen Wilson | √ | -1,108.23 | -8,349.83 |
| Check | 08/23/2018 | 1875 | Diane Tallia | √ | -314.41 | -8,664.24 |
| Check | 08/27/2018 | 1878 | CASH | √ | -1,000.00 | -9,664.24 |
| Check | 08/27/2018 | 1883 | Loretta Broslovsky | √ | -800.00 | -10,464.24 |
| Check | 08/27/2018 | 1880 | Jesus Lopez | √ | -600.00 | -11,064.24 |
| Check | 08/27/2018 | 1881 | CASH | √ | -420.00 | -11,484.24 |
| Check | 08/27/2018 | 1877 | Germel Reyes | √ | -305.44 | -11,789.68 |
| Check | 08/27/2018 | 1882 | CASH | √ | -288.00 | -12,077.68 |
| Check | 08/30/2018 | 1873 | 1ST COMMERCE BANK | √ | -17,143.34 | -29,221.02 |
| Check | 09/05/2018 | 1884 | Astram Anesthesia | √ | -5,000.00 | -34,221.02 |
| Check | 09/06/2018 | | Son-Rise Documents Solutions | √ | -434.50 | -34,655.52 |
| Check | 09/06/2018 | | BOA Bank Charge | √ | -35.00 | -34,690.52 |
| Check | 09/07/2018 | 1874 | | √ | -1,108.23 | -35,798.75 |
| Check | 09/07/2018 | | CASH | √ | -400.00 | -36,198.75 |
| Check | 09/07/2018 | | BOA Bank Charge | √ | -35.00 | -36,233.75 |
| Check | 09/10/2018 | 1893 | North Jersey Consulting LLC | √ | -2,500.00 | -38,733.75 |
| Check | 09/10/2018 | 1888 | CASH | √ | -1,000.00 | -39,733.75 |
| Check | 09/10/2018 | 1894 | CASH | √ | -1,000.00 | -40,733.75 |
| Check | 09/10/2018 | 1891 | Loretta Broslovsky | √ | -800.00 | -41,533.75 |
| Check | 09/10/2018 | 1889 | CASH | √ | -450.00 | -41,983.75 |
| Check | 09/10/2018 | 1895 | Jesus Lopez | √ | -400.00 | -42,383.75 |
| Check | 09/10/2018 | 1890 | CASH | √ | -360.00 | -42,743.75 |
| Check | 09/10/2018 | 1886 | Diane Tallia | √ | -126.50 | -42,870.25 |
| Check | 09/10/2018 | | Sirius | √ | -20.30 | -42,890.55 |
| Check | 09/11/2018 | | Inhalation Therapy | √ | -627.45 | -43,518.00 |
| Check | 09/11/2018 | | Palisades Ins | √ | -269.33 | -43,787.33 |
| Check | 09/12/2018 | 1874 | | √ | -1,108.23 | -44,895.56 |
| Check | 09/13/2018 | | Image First | √ | -486.58 | -45,382.14 |
| Check | 09/13/2018 | | Paymedia | √ | -139.10 | -45,521.24 |
| Check | 09/14/2018 | | SQ MEDICAL DATA | √ | -1,000.00 | -46,521.24 |
| Check | 09/14/2018 | | AllSTATE INS | √ | -541.51 | -47,062.75 |
| Check | 09/14/2018 | | Sunoco | √ | -54.46 | -47,117.21 |
| Check | 09/17/2018 | | OPTIMUM | √ | -1,189.02 | -48,306.23 |
| Check | 09/17/2018 | 1897 | Loretta Broslovsky | √ | -1,000.00 | -49,306.23 |
| Check | 09/17/2018 | 1896 | CASH | √ | -450.00 | -49,756.23 |
| Check | 09/17/2018 | | Uber | √ | -10.70 | -49,766.93 |

# The Endo Surgical Center of North Jersey, Inc.
## Reconciliation Detail
### Bank of America, Period Ending 09/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 09/17/2018 | | Uber | √ | -8.97 | -49,775.90 |
| Transfer | 09/18/2018 | | | √ | -2,000.00 | -51,775.90 |
| Check | 09/18/2018 | | Uber | √ | -44.04 | -51,819.94 |
| Check | 09/18/2018 | | Uber | √ | -35.62 | -51,855.56 |
| Check | 09/18/2018 | | Uber | √ | -5.00 | -51,860.56 |
| Check | 09/19/2018 | | Sunoco | √ | -58.00 | -51,918.56 |
| Check | 09/20/2018 | | AAAHC | √ | -3,170.00 | -55,088.56 |
| Check | 09/21/2018 | | SYSTEM DESIGN GROUP | √ | -1,500.75 | -56,589.31 |
| Check | 09/21/2018 | | Binski Intergrated Services | √ | -828.28 | -57,417.59 |
| Check | 09/21/2018 | | THE HARTFORD | √ | -279.00 | -57,696.59 |
| Check | 09/21/2018 | | Paymedia | √ | -42.20 | -57,738.79 |
| Check | 09/21/2018 | | Uber | √ | -9.93 | -57,748.72 |
| Check | 09/24/2018 | 5020 | Alina Czerkis | √ | -1,455.48 | -59,204.20 |
| Check | 09/24/2018 | 1906 | CASH | √ | -1,000.00 | -60,204.20 |
| Check | 09/24/2018 | | Amazon | √ | -53.30 | -60,257.50 |
| Check | 09/24/2018 | | Amazon | √ | -2.12 | -60,259.62 |
| Check | 09/25/2018 | | CASH | √ | -600.00 | -60,859.62 |
| Check | 09/26/2018 | | Cook Medical Inc | √ | -560.00 | -61,419.62 |
| Check | 09/26/2018 | | Image First | √ | -483.38 | -61,903.00 |
| Check | 09/27/2018 | | Sunoco | √ | -65.28 | -61,968.28 |
| Check | 09/27/2018 | | Amazon | √ | -53.30 | -62,021.58 |
| **Total Checks and Payments** | | | | | -62,021.58 | -62,021.58 |
| **Deposits and Credits - 12 items** | | | | | | |
| Deposit | 09/05/2018 | | | √ | 1,685.71 | 1,685.71 |
| Deposit | 09/07/2018 | | | √ | 1,108.23 | 2,793.94 |
| Deposit | 09/07/2018 | | | √ | 3,400.00 | 6,193.94 |
| Deposit | 09/10/2018 | | | √ | 1,108.23 | 7,302.17 |
| Deposit | 09/18/2018 | | | √ | 2,000.00 | 9,302.17 |
| Deposit | 09/18/2018 | | | √ | 4,536.22 | 13,838.39 |
| Deposit | 09/21/2018 | | | √ | 500.00 | 14,338.39 |
| Deposit | 09/21/2018 | | | √ | 2,039.76 | 16,378.15 |
| Deposit | 09/24/2018 | | | √ | 15.00 | 16,393.15 |
| Deposit | 09/25/2018 | | | √ | 1,000.00 | 17,393.15 |
| Deposit | 09/26/2018 | | | √ | 173.59 | 17,566.74 |
| Deposit | 09/26/2018 | | | √ | 1,000.00 | 18,566.74 |
| **Total Deposits and Credits** | | | | | 18,566.74 | 18,566.74 |
| **Total Cleared Transactions** | | | | | -43,454.84 | -43,454.84 |
| **Cleared Balance** | | | | | -43,454.84 | 199.29 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 09/24/2018 | 5021 | Ellen Tummillo | | -332.18 | -332.18 |
| **Total Checks and Payments** | | | | | -332.18 | -332.18 |
| **Total Uncleared Transactions** | | | | | -332.18 | -332.18 |
| **Register Balance as of 09/30/2018** | | | | | -43,787.02 | -132.89 |
| **Ending Balance** | | | | | -43,787.02 | -132.89 |

In re Endo Surgical Center of North Jersey
Debtor

Case No.: 18-10753-VFP
Reporting Period: September 1, 2018 - September

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Bederson LLP | | | | EFT | 1/30/2018 | 2,500.00 | | 2,500.00 | |
| Astram Anesthesia | | | | 1844 | 7/20/2018 | 1,500.00 | | | |
| Astram Anesthesia | | | | 1859 | 8/6/2018 | 1,500.00 | | | |
| Astram Anesthesia | | | | 13854 | 8/7/2018 | 1,500.00 | | | |
| Astram Anesthesia | | | | 1884 | 9/5/2018 | 5,000.00 | | 9,500.00 | |
| AmMed Solutions | | | | 1843 | 7/30/2018 | 2,000.00 | | 2,000.00 | |
| System Design Group | | | | | 9/21/2018 | 1,500.75 | | 1,500.75 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



ENDO SURGICAL CENTER OF NORTH JERS
999 CLIFTON AVENUE                    EY  0          Page:              1
CLIFTON NJ 07013                                     Chks Paid:         1
                                                     Statement Date:    09/28/18
                                                     Account Number:    3390

************ VNB Small Business Checking      3390 ************************
Non-Check Transactions

| Date | Description | Amount |
|------|-------------|--------|
| 09/04 | Deposit | 500.00 |
| 09/04 | POSITIVE PHY INS BILL PAYMT | 1,500.00- |
|       | ID:    FAC002319 | |
| 09/07 | AETNA AS01        HCCLAIMPMT | 363.04 |
|       | TRN*1*818247480002647*1066033492 | |
| 09/12 | NOVITAS           HCCLAIMPMT | 639.09 |
|       | TRN*1*891761234*1205296137 | |
| 09/12 | Square Inc        180912P2 | 1,966.03 |
|       | ID: L206384074016 | |
| 09/20 | MONTHLY RDC FEE | 25.00- |
| 09/21 | Deposit | 500.00 |
| 09/21 | PUBLIC SERVICE    PSEG | 2,500.00- |
|       | ID: 007377525908 | |
| 09/28 | Service Charge | 25.00- |

Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 09/19 | 13863 | 500.00 | | | |

Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08/31 | 1,292.22 | 09/12 | 3,260.38 | 09/21 | 735.38 |
| 09/04 | 292.22 | 09/19 | 2,760.38 | 09/28 | 710.38 |
| 09/07 | 655.26 | 09/20 | 2,735.38 | | |

Account Summary
Previous Statement Date: 08/31/18

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|-------------------|---|----------|---|---------------|---|-------------|---|----------------|---|----------------|
| 1,292.22 | | 3,968.16 | | .00 | | 4,525.00 | | 25.00 | | 710.38 |

Service Charge Summary
----------------------

Account Maintenance                                   25.00

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



ENDO SURGICAL CENTER OF NORTH JERSEY    0
999 CLIFTON AVENUE
CLIFTON NJ 07013

Page:                2

Statement Date:    09/28/18
Account Number:        3390

\*\*\*\*\*\*\*\*\*\*\*\*\* VNB Small Business Checking        3390 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Statement from 09/01/18 Thru 09/28/18
YTD Interest Paid              .00

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

ENDO SURGICAL CENTER OF NORTH JERSEY
GI ACCOUNT
999 CLIFTON AVE STE 100
CLIFTON, NJ 07013-2711

## Business Advantage

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖱 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Checking

for September 1, 2018 to September 30, 2018                     Account number:          3015

**ENDO SURGICAL CENTER OF NORTH JERSEY     GI ACCOUNT**

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2018 | $43,654.13 |
| Deposits and other credits | 18,566.74 |
| Withdrawals and other debits | -14,972.12 |
| Checks | -46,979.46 |
| Service fees | -70.00 |
| **Ending balance on September 30, 2018** | **$199.29** |

# of deposits/credits: 12

# of withdrawals/debits: 64

# of items–previous cycle[1]: 39

# of days in cycle: 30

Average ledger balance: $14,600.11

[1]Includes checks paid, deposited items&other debits

**Your checking account**

# Bank of America ◢◤

ENDO SURGICAL CENTER OF NORTH JERSEY  |  Account #        3015  |  September 1, 2018 to September 30, 2018

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| | | Amount |
| 09/05/18 | BKOFAMERICA ATM 09/05 #000002882 DEPOSIT CLIFTON      CLIFTON     NJ | 1,685.71 |
| 09/07/18 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-06) | 1,108.23 |
| 09/10/18 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 09-07) | 1,108.23 |
| 09/11/18 | Counter Credit | 3,400.00 |
| 09/18/18 | BKOFAMERICA ATM 09/18 #000008695 DEPOSIT CLIFTON      CLIFTON     NJ | 4,536.22 |
| 09/18/18 | Online Banking transfer from CHK 2562 Confirmation# 1227519184 | 2,000.00 |
| 09/21/18 | Counter Credit | 2,039.76 |
| 09/21/18 | Online Banking transfer from CHK 2562 Confirmation# 3253344632 | 500.00 |
| 09/24/18 | Counter Credit | 15.00 |
| 09/25/18 | Online Banking transfer from CHK 2562 Confirmation# 5287974089 | 1,000.00 |
| 09/26/18 | Online Banking transfer from CHK 2562 Confirmation# 5397223943 | 1,000.00 |
| 09/26/18 | OXFORD HEALTH IN DES:HCCLAIMPMT ID:XXXXXXXXX INDN:ENDO SURGICAL CENTER O  CO ID:2222797560 CCD  PMT INFO:TRN*1*5914417*1061118515*000006111\ | 173.59 |
| **Total deposits and other credits** | | **$18,566.74** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| | | Amount |
| 09/11/18 | PALISADES SAFETY DES:P&CMONTHLY ID:PAA80002053065 INDN:FOCAZIO WILLIAM J.      CO ID:1223180609 PPD | -269.33 |
| 09/13/18 | ENDO SURGICAL C DES:Payroll  ID:7244 INDN:ENDO SURGICAL CENTER O  CO ID:1223232300 CCD | -139.10 |
| 09/14/18 | ALLSTATE NJ INS  DES:PREM PYMT  ID:ABIXXXXXXXX  INDN:ENDO SURGICAL CENTER O  CO ID:1364181960 PPD | -541.51 |
| 09/17/18 | Online Banking transfer to CHK 2562 Confirmation# 2320612522 | -2,000.00 |
| 09/17/18 | OPTIMUM 7870   DES:CABLE PMNT ID:91990003 INDN:  SURGICAL CNTR      CO ID:9078700001 PPD | -1,189.02 |

continued on the next page

ENDO SURGICAL CENTER OF NORTH JERSEY  |  Account #        3015  |  September 1, 2018 to September 30, 2018

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 09/21/18 | THE HARTFORD  DES:NWTBCLSCIC ID:14881940  INDN:ENDO SURGICAL CENTER O  CO ID:9942902727 CCD | -279.00 |
| 09/21/18 | ENDO SURGICAL C DES:Payroll  ID:7244 INDN:ENDO SURGICAL CENTER O  CO ID:1223232300 CCD | -42.20 |

Card account # XXXX XXXX XXXX 0881

| Date | Description | Amount |
|------|-------------|--------|
| 09/06/18 | CHECKCARD 0905 SON-RISE 908-241-8500 NJ 24733098248200584300020 CKCD 5046 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -434.50 |
| 09/07/18 | BKOFAMERICA ATM 09/07 #000006972 WITHDRWL EAST ORANGE       EAST ORANGE   NJ | -400.00 |
| 09/10/18 | CHECKCARD 0908 SXM*SIRIUSXM.COM/ACCT 888-635-5144 NY 24692168251100145569127 RECURRING CKCD 4899 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -20.30 |
| 09/11/18 | CHECKCARD 0910 INHALATION THERAPY 973-478-5000 NJ 24435658253200391900040 CKCD 5047 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -627.45 |
| 09/13/18 | CHECKCARD 0911 IMAGE FIRST UNIFORM REN RADNOR       PA 24013398255002341966050 CKCD 7211 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -486.58 |
| 09/14/18 | CHECKCARD 0912 SUNOCO 0006654810 CLIFTON      NJ 24022078256016005332793 CKCD 5542 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -54.46 |
| 09/14/18 | CHECKCARD 0913 SQ *MEDICAL DATA CO 415-375-3176 NY 24492158256740211898815 CKCD 8999 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -1,000.00 |
| 09/17/18 | CHECKCARD 0917 UBER  TRIP M6GPG HELP.UBER.COMCA 24492158260719018098054 CKCD 4121 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -10.70 |
| 09/17/18 | CHECKCARD 0917 UBER  TRIP IPN24 HELP.UBER.COMCA 24492158260713011203365 CKCD 4121 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -8.97 |
| 09/18/18 | CHECKCARD 0917 UBER  TRIP 2AGC6 HELP.UBER.COMCA 24492158260719031547830 CKCD 4121 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -44.04 |
| 09/18/18 | CHECKCARD 0917 UBER  TRIP SBU5T HELP.UBER.COMCA 24492158260717035625479 CKCD 4121 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -5.00 |
| 09/18/18 | CHECKCARD 0917 UBER  TRIP CCXWM HELP.UBER.COMCA 24492158260719035092486 CKCD 4121 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -35.62 |
| 09/19/18 | CHECKCARD 0917 SUNOCO 0645583600 BLOOMFIELD   NJ 24022078261016000499848 CKCD 5542 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -58.00 |
| 09/20/18 | CHECKCARD 0919 ACCREDITATION ASSOCIATI 847-8536084  IL 24639238262900014700115 CKCD 8699 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -3,170.00 |
| 09/21/18 | CHECKCARD 0920 UBER  TRIP 6BRY3 HELP.UBER.COMCA 24492158263715185832298 CKCD 4121 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -9.93 |
| 09/21/18 | CHECKCARD 0920 SQ *BINSKI INTEGRAT CLIFTON     NJ 24492158263741472098252 CKCD 8999 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -828.28 |
| 09/21/18 | CHECKCARD 0920 SYSTEM DESIGN GROU 908-788-3900 NJ 24224438264101042165430 CKCD 8999 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -7,500.75 |
| 09/24/18 | CHECKCARD 0921 Amazon Prime Amzn.com/billWA 24692168264100536172130 RECURRING CKCD 5968 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -2.12 |
| 09/24/18 | CHECKCARD 0921 AMAZON.COM*MT6V28JV0 AM AMZN.COM/BILLWA 24431068264083702991020 CKCD 5942 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -53.30 |
| 09/25/18 | BKOFAMERICA ATM 09/25 #000002108 WITHDRWL CLIFTON      CLIFTON      NJ | -600.00 |
| 09/26/18 | CHECKCARD 0924 IMAGE FIRST UNIFORM REN RADNOR       PA 24013398268005031084790 CKCD 7211 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -483.38 |
| 09/26/18 | CHECKCARD 0925 COOK MEDICAL INC. 800-457-4500 IN 24692168268100716643203 CKCD 5047 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -560.00 |
| 09/27/18 | CHECKCARD 0925 SUNOCO 0006654810 CLIFTON      NJ 24022078269016005569548 CKCD 5542 XXXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -65.28 |

continued on the next page

**Bank of America** 🏴

### Your checking account

ENDO SURGICAL CENTER OF NORTH JERSEY  |  Account #      3015  |  September 1, 2018 to September 30, 2018

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 09/27/18 | CHECKCARD 0926 AMAZON.COM*MT3SQ0XW2 AM AMZN.COM/BILLWA 24431068269083757409782 CKCD 5942 XXXXXXXXXXXX0881 XXXX XXXX XXXX 0881 | -53 30 |

**Subtotal for card account # XXXX XXXX XXXX 0881**                          **-$10,511.96**
**Total withdrawals and other debits**                                       **-$14,972.12**

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 09/10/18 | 1808 | -195.70 | 09/05/18 | 1884 | -5,000.00 |
| 09/12/18 | 1812* | -600.00 | 09/11/18 | 1886* | -126.50 |
| 09/10/18 | 1843* | -2,000.00 | 09/11/18 | 1888* | -1,000.00 |
| 09/10/18 | 1849* | -333.33 | 09/11/18 | 1889 | -450.00 |
| 09/10/18 | 1870* | -1,000.00 | 09/11/18 | 1890 | -360.00 |
| 09/10/18 | 1873* | -17,143.34 | 09/11/18 | 1891 | -800.00 |
| 09/06/18 | 1874 | -1,108.23 | 09/11/18 | 1893* | -2,500.00 |
| 09/07/18 | 1874* | -1,108.23 | 09/19/18 | 1894 | -1,000.00 |
| 09/12/18 | 1874* | -1,108.23 | 09/19/18 | 1895 | -400.00 |
| 09/11/18 | 1875 | -314.41 | 09/19/18 | 1896 | -450.00 |
| 09/10/18 | 1877* | -305.44 | 09/18/18 | 1897 | -1,000.00 |
| 09/05/18 | 1878 | -1,000.00 | 09/26/18 | 1906* | -1,000.00 |
| 09/11/18 | 1880* | -600.00 | 09/10/18 | 5018* | -2,000.74 |
| 09/10/18 | 1881 | -420.00 | 09/05/18 | 5019 | -1,111.83 |
| 09/10/18 | 1882 | -288.00 | 09/24/18 | 5020 | -1,455 48 |
| 09/05/18 | 1883 | -800.00 | | | |

**Total checks**                                                            **-$46,979.46**
**Total # of checks**                                                       **31**

* *There is a gap in sequential check numbers*

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $315.00 |
| Total NSF: Returned Item fees | $70.00 | $805.00 |

**Attention: You have 20 or more overdraft and returned item fees on your account this year.**

We are here to help – talk with us about ways you can help avoid fees, keep better track of your account activity, and make sure you have the account that is right for you.

Please call the number on this statement, or go to bankofamerica.com/appointments to schedule an appointment with us at a time that works for you.

continued on the next page

ENDO SURGICAL CENTER OF NORTH JERSEY  |  Account #          3015  |  September 1, 2018 to September 30, 2018

# Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 09/06/18 | NSF RETURNED ITEM FEE FOR ACTIVITY OF 09-06 | -35.00 |
| 09/07/18 | NSF RETURNED ITEM FEE FOR ACTIVITY OF 09-07 | -35.00 |
| **Total service fees** | | **-$70.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 09/01 | 43,654.13 | 09/12 | 7,460.74 | 09/20 | 2,403.96 |
| 09/05 | 37,428.01 | 09/13 | 6,835.06 | 09/21 | 2,283.56 |
| 09/06 | 35,850.28 | 09/14 | 5,239.09 | 09/24 | 787.66 |
| 09/07 | 35,415.28 | 09/17 | 2,030.40 | 09/25 | 1,187.66 |
| 09/10 | 12,816.66 | 09/18 | 7,481.96 | 09/26 | 317.87 |
| 09/11 | 9,168.97 | 09/19 | 5,573.96 | 09/27 | 199.29 |

# The Endo Surgical Center of North Jersey, Inc.
## Cash Disbursements Journals
### As of September 30, 2018

| Type | Date | Num | Name | Split | Amount |
|------|------|-----|------|-------|--------|
| **Bank Accounts** | | | | | |
| **Valley National Bank** | | | | | |
| Check | 09/04/2018 | | Positive Physician Ins Exchange | Insurance Expense | 1,500 |
| Check | 09/17/2018 | 13863 | CASH | Computer & Internet Expenses | 500 |
| Check | 09/20/2018 | | VNB Bank Charges | Bank Fees/ other | 25 |
| Check | 09/21/2018 | | PSE&G | Utilities | 2,500 |
| Check | 09/28/2018 | | VNB Bank Charges | Bank Fees/ other | 25 |
| **Total Valley National Bank** | | | | | 4,550 |
| **Bank of America** | | | | | |
| Check | 09/05/2018 | 1884 | Astram Anesthesia | Professional Fees | 5,000 |
| Check | 09/06/2018 | | Son-Rise Documents Solutions | Repairs and Maintenance | 435 |
| Check | 09/06/2018 | | BOA Bank Charge | Bank Fees/ other | 35 |
| Check | 09/07/2018 | | CASH | Contract Labor | 400 |
| Check | 09/07/2018 | | BOA Bank Charge | Bank Fees/ other | 35 |
| Check | 09/10/2018 | 1886 | Diane Tallia | Contract Labor | 127 |
| Check | 09/10/2018 | 1888 | CASH | Contract Labor | 1,000 |
| Check | 09/10/2018 | 1889 | CASH | Contract Labor | 450 |
| Check | 09/10/2018 | 1890 | CASH | Contract Labor | 360 |
| Check | 09/10/2018 | 1891 | Loretta Broslovsky | Contract Labor | 800 |
| Check | 09/10/2018 | 1893 | North Jersey Consulting LLC | Uniforms and Supplies | 2,500 |
| Check | 09/10/2018 | 1894 | CASH | Contract Labor | 1,000 |
| Check | 09/10/2018 | 1895 | Jesus Lopez | Contract Labor | 400 |
| Check | 09/10/2018 | | Sirius | Administrative | 20 |
| Check | 09/11/2018 | | Palisades Ins | Insurance Expense | 269 |
| Check | 09/11/2018 | | Inhalation Therapy | Uniforms and Supplies | 627 |
| Check | 09/13/2018 | | Paymedia | Payroll Processing Fees | 139 |
| Check | 09/13/2018 | | Image First | Uniforms and Supplies | 487 |
| Check | 09/14/2018 | | AllSTATE INS | Insurance Expense | 542 |
| Check | 09/14/2018 | | Sunoco | Automobile Expense | 54 |
| Check | 09/14/2018 | | SQ MEDICAL DATA | Uniforms and Supplies | 1,000 |
| Check | 09/17/2018 | 1896 | CASH | Contract Labor | 450 |
| Check | 09/17/2018 | 1897 | Loretta Broslovsky | Contract Labor | 1,000 |
| Check | 09/17/2018 | | OPTIMUM | Utilities | 1,189 |
| Check | 09/17/2018 | | Uber | Automobile Expense | 11 |
| Check | 09/17/2018 | | Uber | Automobile Expense | 9 |
| Check | 09/18/2018 | | Uber | Automobile Expense | 44 |
| Check | 09/18/2018 | | Uber | Automobile Expense | 5 |
| Check | 09/18/2018 | | Uber | Automobile Expense | 36 |
| Transfer | 09/18/2018 | | | Transfers (To Co-Debtors) | 2,000 |
| Check | 09/19/2018 | | Sunoco | Automobile Expense | 58 |
| Check | 09/20/2018 | | AAAHC | Business Licenses and Permits | 3,170 |
| Check | 09/21/2018 | | THE HARTFORD | Insurance Expense | 279 |
| Check | 09/21/2018 | | Paymedia | Payroll Processing Fees | 42 |
| Check | 09/21/2018 | | Uber | Automobile Expense | 10 |
| Check | 09/21/2018 | | Binski Intergrated Services | Repairs and Maintenance | 828 |
| Check | 09/21/2018 | | SYSTEM DESIGN GROUP | Professional Fees | 1,501 |
| Check | 09/24/2018 | 1906 | CASH | Contract Labor | 1,000 |
| Check | 09/24/2018 | 5020 | Alina Czerkis | Payroll Exchange | 1,455 |
| Check | 09/24/2018 | | Amazon | Computer & Internet Expenses | 2 |
| Check | 09/24/2018 | | Amazon | Computer & Internet Expenses | 53 |
| Check | 09/24/2018 | 5021 | Ellen Tummillo | Payroll Exchange | 332 |
| Check | 09/25/2018 | | CASH | Contract Labor | 600 |
| Check | 09/26/2018 | | Image First | Uniforms and Supplies | 483 |
| Check | 09/26/2018 | | Cook Medical Inc | Uniforms and Supplies | 560 |
| Check | 09/27/2018 | | Sunoco | Automobile Expense | 65 |
| Check | 09/27/2018 | | Amazon | Computer & Internet Expenses | 53 |
| **Total Bank of America** | | | | | 30,916 |
| **Total Bank Accounts** | | | | | 35,466 |
| **TOTAL** | | | | | **35,466** |

In re Endo Surgical Center of North Jersey
                    Debtor

Case No.: 18-10753-VFP
Reporting Period: September 1, 2018 - September 30, 2018

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ | $ |
| Less:  Returns and Allowances | | |
| Net Revenue | $ | $ |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

# The Endo Surgical Center of North Jersey, Inc. #
## Profit & Loss
### Sep 2018

| | Sep 18 | Cumulative Filing to Date |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Revenue** | | |
| Refunds | | 1,251 |
| Fee for Service Income | 15,818 | 367,056 |
| **Total Revenue** | 15,818 | 368,307 |
| **Total Income** | 15,818 | 368,307 |
| **Expense** | | |
| Consulting Fees | | 926 |
| Court costs | | 642 |
| Automobile Expense | 292 | 8,657 |
| Bank Service Charges | 120 | 323 |
| Business Licenses and Permits | 3,170 | 7,412 |
| Computer and Internet Expenses | 609 | 2,289 |
| Continuing Education | | 480 |
| Dues and Subscriptions | 20 | 811 |
| Insurance Expense | 2,590 | 44,882 |
| Interest Expense | | 327 |
| Janitorial Expense | 828 | 8,843 |
| Meals and Entertainment | | 2,941.08 |
| Medical Records and Supplies | 4,687 | 50,073 |
| Office Supplies | | 3,063 |
| Contract Labor | 7,587 | 143,137 |
| **Payroll Expenses** | | |
| Payroll Processing Fees | 181 | 682 |
| Wages | 2,135 | 46,442 |
| ER Payroll Tax Expense | 162 | 5,943 |
| **Total Payroll Expenses** | 2,478 | 53,067 |
| Professional Fees | 6,501 | 33,141 |
| Rent Expense | 11,000 | 88,000 |
| Repairs and Maintenance | 435 | 23,713 |
| Small Medical Equipment | | 25 |
| Uniforms | 970 | 2,054 |
| U.S. Trustee Quarterly Fee | | 2,600 |
| Utilities | 3,689 | 9,910 |
| Vaccines and Medicines | | 27 |
| **Total Expense** | 44,975 | 487,343 |
| **Net Ordinary Income** | (29,157) | (119,036) |
| **Net Income** | (29,157) | (119,036) |

In re Endo Surgical Center of North Jersey
               Debtor

Case No.: 18-10753-VFP
Reporting Period: September 1, 2018 - September 30,

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | $ | $ |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ | $ |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | $ | $ |
| **TOTAL ASSETS** | $ | $ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $ | $ |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | $ | $ |
| *TOTAL LIABILITIES* | $ | $ |
| *OWNER EQUITY* | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

# The Endo Surgical Center of North Jersey, Inc.
## Balance Sheet
### As of September 30, 2018

|  | Sep 30, 18 | Jan 12, 18 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| **Bank Accounts** | | |
| Valley National Bank | 710.38 | 183.00 |
| Chase Bank of JP Morgan | 0.00 | 2,621.03 |
| Clifton Savings Bank | 0.00 | 100.00 |
| Bank of America | -132.89 | 5,291.31 |
| **Total Bank Accounts** | 577.49 | 8,195.34 |
| **Total Checking/Savings** | 577.49 | 8,195.34 |
| **Accounts Receivable** | | |
| Accounts receivable | 1,100,000.00 | 1,100,000.00 |
| **Total Accounts Receivable** | 1,100,000.00 | 1,100,000.00 |
| **Other Current Assets** | | |
| Payroll Exchange | 0.00 | 2,025.20 |
| Exchange | 0.00 | 1,100.63 |
| **Total Other Current Assets** | 0.00 | 3,125.83 |
| **Total Current Assets** | 1,100,577.49 | 1,111,321.17 |
| **Fixed Assets** | | |
| **Property, Plant & Equipment** | | |
| Furniture and Equipment | 61,500.00 | 61,500.00 |
| Medical Equipment | 135.31 | 0.00 |
| **Total Property, Plant & Equipment** | 61,635.31 | 61,500.00 |
| **Total Fixed Assets** | 61,635.31 | 61,500.00 |
| **TOTAL ASSETS** | 1,162,212.80 | 1,172,821.17 |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| Accounts Payable - PrePetition | 4,224,772.28 | 4,224,772.28 |
| **Total Accounts Payable** | 4,224,772.28 | 4,224,772.28 |
| **Other Current Liabilities** | | |
| Accrued Rent - PostPetition | 17,297.32 | 0.00 |
| **Payroll Taxes Payable - PostPet** | | |
| Federal Payroll Taxes | 4,987.78 | 0.00 |
| Futa taxes Payable | 19.69 | 0.00 |
| NJ Withholding and Labor Taxes | 2,310.96 | 0.00 |
| **Total Payroll Taxes Payable - PostPet** | 7,318.43 | 0.00 |
| **Total Other Current Liabilities** | 24,615.75 | 0.00 |
| **Total Current Liabilities** | 4,249,388.03 | 4,224,772.28 |
| **Long Term Liabilities** | | |
| Due to/fr Focazio-Post Petition | -37,209.31 | 0.00 |
| **Total Long Term Liabilities** | -37,209.31 | 0.00 |
| **Total Liabilities** | 4,212,178.72 | 4,224,772.28 |

# The Endo Surgical Center of North Jersey, Inc.
## Balance Sheet
### As of September 30, 2018

|  | Sep 30, 18 | Jan 12, 18 |
|---|---|---|
| **Equity** | | |
| **Equity** | | |
| Shareholder Investments | 219,150.00 | 16,200.00 |
| Shareholder Distributions | -96,866.61 | -14,938.22 |
| Opening Balance Equity | -3,063,272.28 | -3,063,272.28 |
| **Total Equity** | -2,940,988.89 | -3,062,010.50 |
| Retained Earnings | 7,074.22 | 7,074.22 |
| Net Income | -116,051.25 | 2,985.17 |
| **Total Equity** | -3,049,965.92 | -3,051,951.11 |
| **TOTAL LIABILITIES & EQUITY** | 1,162,212.80 | 1,172,821.17 |

In re Endo Surgical Center of North Jersey  
         Debtor

Case No.: 18-10753-VFP  
Reporting Period: September 1, 2018 - September 30, 2018

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.  
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.  
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 1,667 | 144 | | | | 1,811 |
| FICA-Employee | 1,530 | 163 | | | | 1,693 |
| FICA-Employer | 1,530 | 163 | | | | 1,693 |
| Unemployment | 20 | 2 | | | | 22 |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | 4,746 | 473 | - | | | 5,219 |
| **State and Local** | | | | | | |
| Withholding | 605 | 37 | | | | 642 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | 1,458 | (1) | | | | 1,458 |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | 2,063 | 36 | | | | 2,099 |
| **Total Taxes** | 6,809 | 509 | | | | 7,318 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | - |
| Wages Payable | | | | | | |
| Taxes Payable | 509 | 1,077 | 2,889 | 1,740 | 1,103 | 7,318 |
| Rent/Leases-Building | | 11,000 | 6,297 | | | 17,297 |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | 509 | 12,077 | 9,187 | 1,740 | 1,103 | 24,616 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

Due to the Bankruptcy all Major Vendors are on a COD Basis. Consequently no accruals have been made for accounts payable. The Debtor recently retained a payroll service to assist with payroll taxes, and is expected to pay the unpaid payroll taxes shortly.

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Endo Surgical Center of North Jersey                    Case No.: 18-10753-VFP
                     Debtor                                    Reporting Period: September 1, 2018 - September 30, 2018

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | X | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

The Debtor does not yet have an A/R Aging for the $1.1 million that is estimated to be owed from customers.
The Debtor's pre-petition accounts remain open to facilitate the collection of automatic deposits from customers.

FORM MOR-5
(04/07)