UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on December 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>William Focazio, MD, PA<br><br><br>Debtor, | Case No.: __18-10752 (Lead)__<br><br>Hearing Date: __January 24, 2019__<br><br>Judge: __Vincent F. Papalia__ |

# ORDER AND NOTICE ON DISCLOSURE STATEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 19, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The Court having noted that a Plan and Disclosure Statement have been filed by _____Anthony Sodono III_____ as attorney(s) for the ___William Focazio, MD, PA___ and for good cause shown, it is

ORDERED that pursuant to the provisions of Bankruptcy Rule 3017 (a), hearing on the adequacy of the Disclosure Statement shall be held before the Honorable _____Vincent F. Papalia_____ at the following time and place:

|  |  |
|---|---|
| DATE AND TIME: | January 24, 2019 at 11:00am |
| COURTROOM: | 3B |
| PLACE: | U.S. Bankruptcy Court |
|  | 50 Walnut Street |
|  | Newark, NJ 07102 |

ORDERED that notice of said hearing shall be sent by the Clerk of the Bankruptcy Court in accordance with the provisions of Bankruptcy Rule 3017 (a) at least 28 days prior to the hearing date. Written objections to the adequacy of the Disclosure Statement shall be filed with the Clerk of this Court and served upon counsel for the Debtor, Counsel for the Creditor's Committee and upon the United States Trustee no later than 14 days prior to the hearing before this Court, unless otherwise directed by the court; and it is further

ORDERED that copies of the Disclosure Statement and Plan, together with copies of this Notice and Order, shall be served by the proponent of the Disclosure Statement and Plan on the Debtor, United State Trustee, Counsel for the Creditor's Committee, and the Securities and Exchange Commission. Such copies shall also be provided by the proponent to any party in interest, upon written request; and it is further

ORDERED that no creditor or other party in interest shall be heard in opposition to the adequacy of the Disclosure Statement without good cause, unless such party shall have served and filed such objection within the aforementioned time and effected service upon the parties named above.

*rev.12/1/09*