**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel to William J. Focazio, M.D., P.A. and
Endo Surgical Center of North Jersey, P.C.,
Chapter 11 Debtors and Debtors-in-Possession*

**Order Filed on November 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: <br><br>WILLIAM J. FOCAZIO, M.D., P.A. and ENDO SURGICAL CENTER OF NORTH JERSEY P.C. <br><br>Debtors. | Case No.: 18-10752 <br>(Jointly Administered) <br><br>Chapter: 11 <br><br>Honorable Vincent F. Papalia, U.S.B.J. |
|---|---|

**ORDER (I) APPROVING THE FIRST AMENDED DISCLOSURE STATEMENT ON AN INTERIM BASIS; (II) SCHEDULING A COMBINED HEARING ON FINAL APPROVAL OF THE FIRST AMENDED DISCLOSURE STATEMENT AND PLAN CONFIRMATION AND DEADLINES RELATED THERETO; (III) <u>APPROVING THE SOLICITATION; AND (IV) GRANTING RELATED RELIEF</u>**

The relief set forth on the following pages, numbered two (2) through five (5), is hereby **ORDERED**.

**DATED: November 12, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the *Motion of the Debtors for Entry of an Order (I) Approving the First Amended Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the First Amended Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation Procedure and the Forms Related Thereto; and (IV) Granting Related Relief* (the "Motion");[1] and based on the record in these chapter 11 cases; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY FOUND THAT:

    A.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

    B.    The Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest.

    C.    The Debtors have authority to propose and prosecute the Amended Plans and the Disclosure Statement.

    D.    The Debtors have provided adequate notice of the Motion, and the time fixed for filing objections thereto, and no other or further notice need be provided with respect to the Motion.

    E.    The period, set forth below, during which the Debtors may solicit the Plan is a reasonable and adequate period of time under the circumstances for creditors entitled to vote to

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

make an informed decision to accept or reject the Plan, including to make an informed decision to object to the Plan.

    F.    The procedures for solicitation and tabulation of votes to accept or reject the Plan (as more fully set out in the Motion and in this Order below) provide for a fair and equitable process and are consistent with the section 1126 of the Bankruptcy Code. The form of the Ballot attached as **Exhibit A** is sufficiently consistent with Official Form No. 314, adequately addresses the particular needs of these chapter 11 cases and are appropriate for the Voting Class to vote to accept or reject the Plan.

**NOW THEREFOR, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

    1.    The Motion is **GRANTED** to the extent set forth herein.

    2.    The Disclosure Statement is approved on an interim basis under section 1125 of the Bankruptcy Code and Bankruptcy Rule 3017. Any objections to the adequacy of the information contained in the Disclosure Statement are expressly reserved for consideration at the Confirmation Hearing.

    4.    The combined hearing on final approval of the adequacy of the Disclosure Statement and confirmation of the Plan is scheduled for **November 24, 2020 at 2:00 p.m. (ET)** (the "Confirmation Hearing"). The deadline to file objections to the adequacy of the Disclosure Statement and confirmation of the Plan is **November 20, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline"). The Confirmation Hearing may be continued from time to time by the Court or the Debtors without further notice other than adjournments announced in open or by a notice of adjournment filed with the Bankruptcy Court and served on parties entitled to notice under Bankruptcy Rule 2002 and the Local Rules.

5. The deadline for the Debtors to file the Certification of Balloting is **November 23, 2020 at 4:00 p.m. (ET)**.

6. The Deadline for the Debtors (and other parties in support of the Plan) to file a brief in support of confirmation of the Plan and/or a reply to any objections to the final approval of the Disclosure Statement and Confirmation of the Plan is **November 23, 2020**.

7. Objections to the adequacy of the Disclosure Statement and confirmation of the Plan, if any, must:

   (a) be in writing;

   (b) conform to the Bankruptcy Rules and Local Rules;

   (c) state the name and address of the objecting party and the amount and nature of the Claim or Interest of such entity, to the extent applicable;

   (d) state with particularity the basis and nature of any objection to the Disclosure Statement, the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and

   (e) be filed, together with a proof of service, with the Court and served on the following parties: (i) counsel to the Debtors, McManimon, Scotland & Baumann, LLC (Attn: Anthony Sodono, III, Esq. & Sari B. Placona, Esq.) 75 Livingston Avenue, Roseland, NJ 07068; (ii) the Office of the United States Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102 (Attn: Mitchell B. Hausman, Esq.); (iii) all parties-in-interest; and (iv) anyone who filed a notice of appearance.

8. As part of the Solicitation Package, the Debtors shall distribute to creditors entitled to vote on the Plan the ballot based on Official Form No. 314, modified to address the particular circumstances of these chapter 11 cases and to include certain additional information that the Debtors believe to be relevant and appropriate for the Voting Class to vote to accept or reject the Plan. The form of Ballot attached as **<u>Exhibit A</u>** is hereby approved.

9. The deadline to submit Ballots to accept or reject the Plan, as applicable, shall be **November 20, 2020 at 4:00 p.m. (ET)** (the "Voting Deadline").

4820-0311-6241, v. 1

10. Ballots shall be transmitted by mail or email to Debtors' counsel. All other holders of Claims and Interests will not be provided with a Ballot because such holders either are unimpaired and presumed to accept the Plan under section 1126(f) of the Bankruptcy Code or impaired and deemed to reject the Plan under section 1126(g) Bankruptcy Code.

11. The Debtors are authorized to make non-material changes to the Disclosure Statement, Plan, Solicitation Procedures, Notices, Ballot, and related pleadings without further order of the Court, including, without limitation, changes to correct typographical and grammatical errors and to make conforming changes among the foregoing documents before their distribution.

12. The Debtors are hereby authorized to take any action necessary or appropriate to implement the terms of, and the relief granted in, this Order without seeking further order of the Court. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

13. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel to William J. Focazio, M.D., P.A. and*
*Endo Surgical Center of North Jersey, P.C.,*
*Chapter 11 Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WILLIAM J. FOCAZIO, M.D., P.A. and ENDO SURGICAL CENTER OF NORTH JERSEY P.C.<br><br>Debtors. | Case No.: 18-10752<br>(Jointly Administered)<br><br>Chapter: 11<br><br>Honorable Vincent F. Papalia, U.S.B.J. |

**BALLOT FOR ACCEPTING OR REJECTING**
**DEBTORS' FIRST AMENDED PLAN OF REORGANIZATION**

William J. Focazio, M.D., P.A. ("Focazio MD PA"), and Endo Surgical Center of North Jersey, P.C. ("Endo Surgical," together with Focazio MD PA, referred to as the "Debtors"), debtors in the above-captioned chapter 11 bankruptcy case filed a First Amended Plan of Reorganization (the "Plan") on October 23, 2020 [ECF 437] in this case. The Court has approved the First Amended Disclosure Statement filed on October 23, 2020 [ECF 436] (the "Disclosure Statement") with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy from Sari B. Placona, Esq., McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Roseland, New Jersey 07065, (973) 622-1800 (telephone), (973) 622-7333 (facsimile), or by email: splacona@msbnj.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.**

If your Ballot is not received by Sari B. Placona, Esq., at McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, New Jersey 07068 **on or before November 6, 2020**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

*To have your vote count, you must complete and return this ballot. Any blank ballots returned will be deemed acceptances.*

Please turnover to cast ballot

**Creditors of William J. Focazio, MD., PA.**

The undersigned, a creditor of William J. Focazio, M.D., P.A, the holder of a Class \_\_\_\_ claim against William J. Focazio, M.D., P.A in the unpaid principal amount of $_____, hereby

       *[check one box]*
       (  ) ACCEPTS
       (  ) REJECTS

the Plan of Reorganization of the Debtors.

**Creditors of Endo Surgical Center of North Jersey, P.C.**

The undersigned, a creditor of Endo Surgical Center of North Jersey, P.C., the holder of a Class \_\_\_\_ claim against Endo Surgical Center of North Jersey, P.C.in the unpaid principal amount of $_____, hereby

       *[check one box]*
       (  ) ACCEPTS
       (  ) REJECTS

the Plan of Reorganization of the Debtors.

DATED:_____

SIGNATURE:_____

PRINT OR TYPE YOUR NAME: _____

CREDITOR:  _____

TITLE (IF CORPORATION OR PARTNERSHIP): _____

ADDRESS: _____

  _____

**TO BE RECEIVED ON OR BEFORE NOVEMBER 6, 2020**

**RETURN THIS BALLOT TO:**
      **SARI B. PLACONA, ESQ.**
      **McMANIMON, SCOTLAND & BAUMANN, LLC**
      **75 LIVINGSTON AVENUE**
      **ROSELAND, NJ 07068**
      **splacona@msbnj.com**

4827-3840-7888, v. 1