# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   NEW JERSEY

(NEWARK)

In re:  ENDO SURGICAL CENTER OF NORTH
JERSEY, P.C.

§
§
§
§
§

Debtor(s)

Case No.   18-10753

Lead Case No.   18-10752

☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 10/20/2021

Petition Date: 01/13/2018

Plan Confirmed Date: 03/04/2021

Plan Effective Date: 05/01/2021

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Anthony Sodono III

Signature of Responsible Party

11/22/2021

Date

Anthony Sodono III

Printed Name of Responsible Party

McManimon, Scotland & Baumann, LLC
75 Livingston Ave Ste 201
Roseland, NJ 07068

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name ENDO SURGICAL CENTER OF NORTH JERSEY, P.C.   Case No. 18-10753

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $49,390 | $236,163 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $49,390 | $236,163 |

## Part 2: Preconfirmation Professional Fees and Expenses

| a. | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | Aggregate Total | $0 | $157,953 | $0 | $10,654 |
| | Itemized Breakdown by Firm | | | | | |
| | Firm Name | Role | | | | |
| i | Bederson LLP | Financial Professional | $0 | $123,165 | $0 | $7,500 |
| ii | Trenk DiPasquale Della Fera | Lead Counsel | $0 | $26,975 | $0 | $3,154 |
| iii | McManimon, Scotland | Lead Counsel | $0 | $7,814 | $0 | $0 |

| b. | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | Aggregate Total | $0 | $0 | $0 | $32,529 |
| | Itemized Breakdown by Firm | | | | | |
| | Firm Name | Role | | | | |
| i | Astram Anesthesia | Other | $0 | $0 | $0 | $17,275 |
| ii | AmMed Solutions | Other | $0 | $0 | $0 | $2,000 |
| iii | System Design Group | Other | $0 | $0 | $0 | $1,501 |
| iv | Paul Gagliano & Assoc | Financial Professional | $0 | $0 | $0 | $4,500 |
| v | Revpro Healthcare Solutions | Other | $0 | $0 | $0 | $7,253 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $157,953 | $0 | $43,183 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $347,467 | $0 | $0 | $347,467 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $336,735 | $0 | $0 | $336,734 | 0% |
| d. General unsecured claims | $42,680 | $0 | $0 | $6,000,000 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?   Yes ◉   No ○

If yes, give date Final Decree was entered:   10/20/2021

If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ○   No ◉

Debtor's Name ENDO SURGICAL CENTER OF NORTH JERSEY, P.C.          Case No. 18-10753

3

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/ rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.</u>**

/s/ William Focazio
Signature of Responsible Party

William Focazio
Printed Name of Responsible Party

Owner
Title

11/22/2021
Date

UST Form 11-PCR (06/07/2021)                   3