# UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

(NEWARK)

In re: WILLIAM FOCAZIO, MD PA   § § § §   Case No. 18-10752

Debtor(s)   ☐ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 10/20/2021   Petition Date: 01/13/2018

Plan Confirmed Date: 03/04/2021   Plan Effective Date: 05/01/2021

This Post-confirmation Report relates to:  ● Reorganized Debtor

○ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

/s/ Anthony Sodono III
Signature of Responsible Party

11/22/2021
Date

Anthony Sodono III
Printed Name of Responsible Party

McManimon, Scotland & Baumann, LLC
75 Livingston Ave Ste 201
Roseland, NJ 07068
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name WILLIAM FOCAZIO, MD PA                                        Case No. 18-10752

### Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $9,685 | $90,850 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $9,685 | $90,850 |

### Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $240,876 | $0 | $50,720 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Trenk, DiPasquale, Della Fera | Lead Counsel | $0 | $62,810 | $0 | $34,480 |
| ii | McManimon, Scotland & Bau | Lead Counsel | $0 | $23,875 | $0 | $0 |
| iii | The Serruto Law PC | Special Counsel | $0 | $24,121 | $0 | $0 |
| iv | Bederson LLP | Financial Professional | $0 | $125,610 | $0 | $16,240 |
| v | Mark Politan | Other | $0 | $4,460 | $0 | $0 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $0 | $0 | $12,302 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Gagliano & Assoc | Financial Professional | $0 | $0 | $0 | $1,500 |
| ii | REVPRO | Other | $0 | $0 | $0 | $10,802 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $282,705 | $0 | $89,118 |

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $430,790 | $0 | $0 | $430,790 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $197,967 | $0 | $0 | $197,967 | 0% |
| d. General unsecured claims | $21,391 | $0 | $0 | $3,237,000 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

### Part 4: Questionnaire

a. Is this a final report?                                                                                               Yes ● No ○

    If yes, give date Final Decree was entered:    10/20/2021

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○ No ●

Debtor's Name WILLIAM FOCAZIO, MD PA                                      Case No. 18-10752

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ William Focazio                              William Focazio
Signature of Responsible Party                   Printed Name of Responsible Party

Owner                                            11/22/2021
Title                                            Date

UST Form 11-PCR (06/07/2021)                        3